| | |
|---|---|
| 1 | **JOSHUA P. BERRETT, ESQ.** |
|   | Nevada Bar No.: 12697 |
| 2 | **ALVIN JONES, ESQ** |
|   | Nevada Bar No.:16721 |
| 3 | **BIGHORN LAW** |
| 4 | 3675 W. Cheyenne Ave., Suite 100 |
|   | North Las Vegas, Nevada 89032 |
| 5 | Phone: (702) 333-1111 |
|   | Email: josh@bighornlaw.com |
| 6 | Email: alvin@bighornlaw.com |
| 7 | *Attorneys for Plaintiff* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NELSON ARELLANO-PEREZ, individually | CASE NO.:   2:25-cv-00356-GMN-NJK |
| Plaintiff, | |
| vs. | |
| CIRCLE K STORES INC.; ROE CONVENIENCE STORES I-X; DOE OWNERS I -X; DOE MANAGERS I-X; DOE MAINTENANCE EMPLOYEES I-X; DOE CONVENIENCE STORE EMPLOYEES I-X; ROE MAINTENANCE COMPANIES XI-XX; ROE OWNERS XI-XX; ROE EMPLOYERS XI- XX; DOES XXI-XXV; and ROE CORPORATIONS XXV-XXX, inclusive, jointly and severally, | **NOTICE OF DISASSOCIATION OF COUNSEL** |
| Defendants. | |

TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Simone C. Ganci, Esq. is no longer counsel of record for Plaintiff, NELSON ARELLANO-PEREZ, in the above-entitled matter.

///

///

///

Page 1 of 3

Please remove Simone C. Ganci, Esq. your service list and replace her with ALVIN JONES, ESQ.

DATED this 9th day of October 2025.

                **BIGHORN LAW**

                By: */s/ Alvin Jones*
                **JOSHUA P. BERRETT, ESQ.**
                Nevada Bar No.: 12697
                **ALVIN JONES, ESQ.**
                Nevada Bar No. 16796
                3675 W. Cheyenne Ave., Suite 100
                North Las Vegas, Nevada 89032
                *Attorneys for Plaintiff*

IT IS SO ORDERED.
Dated:  October 10, 2025
.
.
_____
Nancy J. Koppe
United States Magistrate Judge