# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Nelson Arellano-Perez,

    Plaintiff(s),

v.

Circle K Stores, Inc.,

    Defendant(s).

Case No. 2:25-cv-00356-GMN-NJK

**Order**

Given the parties' recent mediation, *see, e.g.*, Docket No. 32 at 4, the parties must file a joint status report as to whether a settlement conference would be futile. That status report must be filed by May 14, 2026.

IT IS SO ORDERED.

Dated: April 30, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1