# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NELSON ARELLANO-PEREZ, individually<br><br>Plaintiff,<br><br>vs.<br><br>CIRCLE K STORES INC.; ROE CONVENIENCE STORES I-X; DOE OWNERS I-X; DOE MANAGERS I-X; DOE MAINTENANCE EMPLOYEES I-X; DOE CONVENIENCE STORE EMPLOYEES I-X; ROE MAINTENANCE COMPANIES XI-XX; ROE OWNERS XI-XX; ROE EMPLOYERS XI-XX; DOES XXI-XXV; and ROE CORPORATIONS XXV-XXX, inclusive, jointly and severally,<br><br>Defendants. | CASE NO.: 2:25-cv-00356-GMN-NJK<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, NELSON ARELLANO-PEREZ, and Defendants CIRCLE K STORES INC., through their undersigned counsel of record, to extend the deadline for filing the Joint Pretrial Order pursuant to Local Rule 16-3 and the Court's Scheduling Order as follows:

1. The current deadline for filing the Joint Pretrial Order is May 25, 2026.

///

2.  Good cause exists for the requested extension because the parties are scheduled to participate in a settlement conference with the Court on September 16, 2026, at 10:00 a.m., and are hopeful the matter may resolve at that time. The parties therefore seek a brief extension of the Joint Pretrial Order deadline to avoid unnecessary fees and costs associated with preparing and filing the Joint Pretrial Order while settlement efforts remain ongoing.

3.  Accordingly, the parties stipulate and request that the deadline to file the Joint Pretrial Order be extended 120 days, up to and including September 22, 2026.

4.  This request is made in good faith and not for purposes of delay.

DATED this 21st day of May 2026.          DATED this 21st day of May 2026.

**BIGHORN LAW**                                **HALL & EVANS, LLC**

/s/ Alvin Jones                                /s/ Alisa A. McAffee
**JOSHUA P. BERRETT, ESQ.**                    **KURT R. BONDS, ESQ.**
Nevada Bar No.: 12697                          Nevada Bar No. 6228
**ALVIN JONES, ESQ.**                          **ALISA A. MCAFFEE, ESQ.**
Nevada Bar No.: 16721                          Nevada Bar No. 15960
3675 W. Cheyenne Avenue, Suite 100             1160 N Town Center Drive, Suite 330
Las Vegas, NV 89032                            Las Vegas, Nevada 89144
*Attorneys for Plaintiff*                      *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**
Dated: May 26, 2026