**JOSHUA P. BERRETT, ESQ.**
Nevada Bar No.: 12697
**ALVIN JONES, ESQ.**
Nevada Bar No.: 16721
**BIGHORN LAW**
3675 W. Cheyenne Avenue, Suite 100
North Las Vegas, Nevada 89032
Phone: (702) 333-1111
Email: josh@bighornlaw.com
Email: alvin@bighornlaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NELSON ARELLANO-PEREZ, individually<br><br>Plaintiff,<br><br>vs.<br><br>CIRCLE K STORES INC.; ROE CONVENIENCE STORES I-X; DOE OWNERS I-X; DOE MANAGERS I-X; DOE MAINTENANCE EMPLOYEES I-X; DOE CONVENIENCE STORE EMPLOYEES I-X; ROE MAINTENANCE COMPANIES XI-XX; ROE OWNERS XI-XX; ROE EMPLOYERS XI-XX; DOES XXI-XXV; and ROE CORPORATIONS XXV-XXX, inclusive, jointly and severally,<br><br>Defendants. | CASE NO.: 2:25-cv-00356-GMN-NJK<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, NELSON ARELLANO-PEREZ, and Defendants CIRCLE K STORES INC., through their undersigned counsel of record, to extend the deadline for filing the Joint Pretrial Order pursuant to Local Rule 16-3 and the Court's Scheduling Order as follows:

///

///

1. The current deadline for filing the Joint Pretrial Order is September 22, 2026.
2. Good cause exists for the requested extension because Defendant has served an Offer of Judgment that expires on October 5, 2026. The parties respectfully seek a brief extension of the Joint Pretrial Order deadline to allow Plaintiff sufficient time to evaluate the Offer of Judgment before the parties incur the additional time and expense associated with preparing and filing the Joint Pretrial Order. The requested extension will also allow the parties to determine whether the Offer of Judgment may resolve the matter without the need for further pretrial proceedings.
3. Accordingly, the parties stipulate and respectfully request that the deadline to file the Joint Pretrial Order be extended two weeks, up to and including October 6, 2026.
4. This request is made in good faith and not for purposes of delay.

DATED this 22nd day of September 2026.

**BIGHORN LAW**

*/s/ Alvin Jones*
**JOSHUA P. BERRETT, ESQ.**
Nevada Bar No.: 12697
**ALVIN JONES, ESQ.**
Nevada Bar No.: 16721
3675 W. Cheyenne Avenue, Suite 100
Las Vegas, NV 89032
*Attorneys for Plaintiff*

DATED this 22nd day of September 2026.

**HALL & EVANS, LLC**

*/s/ Alisa A. McAffee*
**KURT R. BONDS, ESQ.**
Nevada Bar No. 6228
**ALISA A. MCAFFEE, ESQ.**
Nevada Bar No. 15960
1160 N Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**
Dated: September 23, 2026

Nancy J. Koppe
United States Magistrate Judge